# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV13-8202-CAS(MANx) | Date | June 2, 2014 |
|---|---|---|---|
| Title | *UNITED STATES OF AMERICA v. LENTON JEFFER BUTLER, ETC.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jack Hull, II | Not Present |

**Proceedings:**      STATUS CONFERENCE RE: SETTLEMENT

Hearing held and plaintiff's counsel is present.  Defendant is not present, nor is there anyone present on defendant's behalf.  The Court confers with plaintiff's counsel. Plaintiff's counsel informs the Court that the parties have not settled, but defendant has provided documents to the plaintiff for review.  If the documents provided are insufficient, plaintiff will file its motion in July/2014.

|  | 00 | : | 02 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |