```
GOLDSMITH & HULL, P.C./File C99-16063
William I. Goldsmith, SBN 82183
Jack D. Hull  SBN 91879
16933 Parthenia St., Suite 110
Northridge, CA 91343
Telephone: (818) 990-6600
Facsimile: (818) 990-6140
```
**Govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: CV13-08202 CAS (MANx) |
| Plaintiff, | CONSENT JUDGMENT [Proposed] |
| vs. | |
| LENTON JEFFER BUTLER AKA LENTON J. BUTLER & L. BUTLER | Judge: Christina A. Snyder |
| Defendant. | |

Plaintiff UNITED STATES OF AMERICA, HAVING FILED ITS Complaint herein and Defendant LENTON JEFFER BUTLER AKA LENTON J. BUTLER & L. BUTLER, have consented to the making and entry of this Consent Judgment as follow:

The principal amount of $2,664.78 plus interest accrued to **June 16, 2014** in the sum of $5,492.96; plus penalty/administrative charges in the amount of $55.25; attorney fees in the sum of $466.48 and cost in the sum of $459.00 for a total of $9,138.47; with interest accruing thereafter at $**0.58** per day until entry of

1

judgment. The Consent Judgment will accrue interest at the legal rate from the date of entry until paid in full.

    i. Defendant will make payments to plaintiff as follow:

Monthly payments in the amount of **$60.00**, beginning **July 17, 2014**, and at the same time thereafter until the debt is paid in full.

    ii. Payments are to be made payable to the U.S. Department of Justice and forwarded to **U.S. Department of Justice, Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363**, and to include the file number: **1999B16009** on the face of the check.

    iii. The payment of **$60.00** per month may be reevaluated and may be modified to take into account the changed economic circumstances of defendant. Notwithstanding the foregoing, such re-evaluation and modification may take place, at most, once, on an annual basis.

    iv. For purposes of evaluation and possible modification, the defendant will provide plaintiff with a copy of his/her Federal Income Tax return, (including all attachments) or other evidence of total annual income, and a completed Financial Statement provided by plaintiff, along with copies of your last two earning statements.

v. Under no circumstances, will the monthly payment be lower than **$60.00** per month.

vi. Should defendant become thirty (30) days or more delinquent in making any payment in accordance with this consent judgment, plaintiff will enforce this judgment in accordance with the Federal Rules of Civil Procedure and file a supplemental Bill of Costs requesting attorney fees and cost.

vii.   Liens will be recorded with the applicable County Recorder wherein defendant resides or owns real property and defendant shall bear the cost of this transaction.

viii.   When the amount of the consent judgment is liquidated, plaintiff shall prepare and file with the Clerk of the Court a Satisfaction of Judgment and provide defendant with a Release of Lien Under Abstract of Judgment for defendant to record with the applicable County Recorder.

Date: June 23, 2014

*Christina A. Snyder*

Hon. Christina A. Snyder,
United States District Judge

3